UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

STACIE HINES,     Plaintiff,

v.     Civil Action No. 3:24-cv-259-DJH-RSE

LVNV FUNDING, LLC and STENGER &
STENGER, P.S.C.,     Defendants.

\* \* \* \* \*

## ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 18), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice. All dates and deadlines previously set in this matter are **VACATED**.

The parties shall tender an agreed order of dismissal with prejudice within **forty-five (45) days** of entry of this Order. The Court will entertain a motion to redocket the action within forty-five (45) days of entry of this Order in the event the settlement is not consummated.

May 1, 2025

**David J. Hale, Judge**
**United States District Court**